**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-1844

Daniel Johnson, individually on behalf of themselves and on behalf of all others similarly situated,

       Plaintiff,

v.

Inman's Auto Rescue of Colorado, LLC,

       Defendant.

**ENTRY OF APPEARANCE**

       To the clerk of court and all parties of record:

       I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff Johnson and the alleged Classes.

       DATED at Denver, Colorado this 9th day of August, 2017.

                                           *s/      Patrick H. Peluso*

                                           Patrick H. Peluso
                                           ppeluso@woodrowpeluso.com
                                           Woodrow & Peluso, LLC
                                           3900 E Mexico Avenue, Suite 300
                                           Denver, Colorado 80210
                                           720-213-0676

## CERTIFICATE OF SERVICE

     I hereby certify that on August 9, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                                *s/    Patrick H. Peluso*